Argued and submitted December 8, 1995, reversed and remanded for reconsideration January 17, 1996

In the Matter of the Compensation of
James M. King, Claimant.

James M. KING,
*Petitioner,*

*v.*

BUILDING SUPPLY DISCOUNT
and SAIF Corporation,
*Respondents.*

(WCB 93-0400M; CA A84939)

909 P2d 900

Michael A. Gilbertson argued the cause and filed the brief for petitioner.

Steve Cotton, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *King v. Building Supply Discount*, 133 Or App 179, 889 P2d 1310 (1995).